UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _23-2073_ as

[✔]Retained [ ]Court-appointed(CJA) [ ]CJA associate [ ]Court-assigned(non-CJA) [ ]Federal Defender

[ ]Pro Bono [ ]Government

COUNSEL FOR: _JOHN DOE 2_

_____as the
(party name)

[✔]appellant(s) [ ]appellee(s) [ ]petitioner(s) [ ]respondent(s) [ ]amicus curiae [ ]intervenor(s) [ ]movant(s)

_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

KERSTIN WALKER SUTTON                    919-698-9555
Name (printed or typed)                  Voice Phone

KWSUTTON PLLC                            _____
Firm Name (if applicable)                Fax Number

3215 DEERCHASE WYND

DURHAM, NC 27712-3020                    KWS@KWSUTTON.COM
Address                                   E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ]personal delivery; [ ]mail; [ ]third-party commercial carrier; or [ ]email (with written consent) on the following persons at the addresses or email addresses shown:

/s/Kerstin W Sutton                                      10/24/2023
Signature                                                Date

[Print for PDF for Filing]   [Reset Form]