# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 23-2073 John Doe 2 v North Carolina State University |
| **Originating No. & Caption** | 5:22-cv-216-FL John Doe 2 v North Carolina State University |
| **Originating Court/Agency** | Eastern District of North Carolina (Western Division) |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | | |
| Time allowed for filing in Court of Appeals | 30 days | | |
| Date of entry of order or judgment appealed | 9/11/2023 | | |
| Date notice of appeal or petition for review filed | 10/11/2023 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ☉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ☉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

John Doe 2, Plaintiff, a former NCSU student-athlete, was sexually assaulted by NCSU's Director of Sports Medicine, Robert M. Murphy, Jr., in January 2021. The University did not heed a report from a former head coach about Murphy's behavior. NCSU created a hostile environment for Plaintiff and was deliberately indifferent when it failed to adequately respond to the former head coach's report of Murphy's sexual abuse. NCSU enabled Murphy to engage in additional assaultive behavior towards Plaintiff, which was unlawful discrimination against Plaintiff on the basis of his sex in violation of Title IX of the Education Act of 1972, Secs. 1681, et seq.

The court below granted defendant University's motion to dismiss for failure to state a claim based on a failure to show the university had actual notice when it was alleged that a head coach and more than one assistant coach had knowledge of Murphy's behavior prior to John Doe 2 being assaulted.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether defendant had actual notice on Murphy's conduct when it was alleged that a head coach and more than one assistant coach had knowledge of and discussed Murphy's behavior prior to John Doe 2 being assaulted.

Whether

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: North Carolina State University | Adverse Party: North Carolina State University |
|---|---|
| Attorney: Alex Hagan<br>Address: Ellis & Winters<br>4131 Parklake Ave., #400<br>Raleigh, NC 27612 | Attorney: Dixie Wells<br>Address: Ellis & Winters<br>4131 Parklake Ave., #400<br>Raleigh, NC 27612 |
| E-mail: alex.hagan@elliswinters.com | E-mail: dixie.wells@elliswinters.com |
| Phone: 919-865-7106 | Phone: 336-217-4197 |

**Adverse Parties (continued)**

| Adverse Party: North Carolina State University | Adverse Party: |
|---|---|
| Attorney: Jeremy Falcone<br>Address: Ellis & Winters<br>4131 Parklake Ave., #400<br>Raleigh, NC 27612 | Attorney:<br>Address: |
| E-mail: jeremy.falcone@elliswinters.com | E-mail: |
| Phone: 919-865-7106 | Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: John Doe 2<br><br>Attorney: Kerstin Walker Sutton<br>Address: kwsutton PLLC<br>         3215 Deerchase Wynd<br>         Durham, NC 27712-3020<br><br>E-mail: kws@kwsutton.com<br><br>Phone: (919) 617-0009 | Name: John Doe 2<br><br>Attorney: Jim Davy<br>Address: All Rise Trial & Appellate<br>         PO Box 15216<br>         Philadelphia, PA 19125<br><br>E-mail: jimdavy@allriselaw.org<br><br>Phone: 215-792-3579 |

| **Appellant (continued)** | |
|---|---|
| Name: John Doe 2<br><br>Attorney: Alexandra Brodsky<br>Address: Public Justice<br>         Washington, DC<br><br>E-mail: abrodsky@publicjustice.net<br><br>Phone: 202-914-0481 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/Kerstin W Sutton      **Date:** 10/24/2023

**Counsel for:** John Doe 2

---

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:                       Date:

[Print to PDF for Filing]    [Reset Form]