FILED: November 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2073
(5:23-cv-00216-FL)

_____

JOHN DOE 2

      Plaintiff - Appellant

v.

NORTH CAROLINA STATE UNIVERSITY

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 01/18/2024

Opening brief due: 01/18/2024

Response brief due: 02/20/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk