# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

———————

No. 23-2073

———————

JOHN DOE 2,
Appellant

v.

NORTH CAROLINA STATE UNIVERSITY,
Appellee.

———————

On Appeal from the United States District Court
for the Eastern District of North Carolina
(D.C. No. 5:23-cv-216)
District Judge: Hon. Louise W. Flanagan

---

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE REPLY BRIEF

**JOHN DOE 2**, hereinafter "Appellant," by and through undersigned counsel, hereby respectfully petitions this Honorable Court to extend the deadline for the Appellant to file his Reply Brief until April 12, 2024. The current deadline for the Reply Brief is March 25, 2023.

In support of that request, Appellant notes the following:

1. Appellant filed his Opening Brief on Feb. 1, 2024;
2. Appellee filed its Response Brief on March 4, 2024;
3. This schedule would set Appellant's Reply Brief deadline for March 25, 2024;
4. Appellant seeks an extension because in addition to this brief, counsel has briefs due to Third Circuit on March 25, to the U.S. Supreme Court on April 1, and an oral argument at the Ninth Circuit on April 3. Co-counsel with whom undersigned counsel shares drafting responsibilities has Sixth Circuit oral argument on March 21, and undersigned counsel and co-counsel have a shared deadline for a U.S. Supreme Court brief opposing certiorari on March 28. Undersigned Counsel also has pre-paid and long-planned travel from March 12-19;

5.  Appellee's counsel has graciously consented to the proposed extension.

In light of Appellees' consent, and the lack of prejudice occasioned by such an extension, counsel respectfully requests the modest 18-day extension described above. Counsel appreciates the consideration of both Appellee's counsel and the Court.

                Respectfully submitted,

                /s/ Jim Davy
                Jim Davy
                ALL RISE TRIAL & APPELLATE
                P.O. Box 15216
                Philadelphia, PA 19125
                215-792-3579
                jimdavy@allriselaw.org

Date: March 8, 2024

## CERTIFICATE OF SERVICE

  I, Jim Davy, certify that on March 8, 2024, I caused a copy of this Unopposed Moton to Extend Time to be filed with the Clerk of Court and served on all counsel of record using the *CM/ECF* system.

                 Respectfully submitted,

                 <u>/s/ Jim Davy</u>
                 Jim Davy
                 ALL RISE TRIAL & APPELLATE
                 P.O. Box 15216
                 Philadelphia, PA 19125
                 215-792-3579
                 jimdavy@allriselaw.org

Dated: March 8, 2024