FILED: March 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2073
(5:23-cv-00216-FL)

_____

JOHN DOE 2

      Plaintiff - Appellant

v.

NORTH CAROLINA STATE UNIVERSITY

      Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 04/12/2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk