## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 12, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   23-2073,     John Doe 2 v. North Carolina State University
                   5:23-cv-00216-FL

TO:   John Doe

FILING CORRECTION DUE:  April 17, 2024

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Incorrect event used. Please refile document using [BRIEF] entry and selecting "reply" from the dropdown menu in the entry.

Rachel Phillips, Deputy Clerk
804-916-2702