# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 31, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   23-2073,      John Doe 2 v. North Carolina State University
                    5:23-cv-00216-FL

TO:    North Carolina State University
       John  Doe

RESPONSE DUE: 06/03/2024

Response is required to the notice requesting information regarding similar cases on or before 06/03/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702