# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 23-2073, John Doe 2 v. North Carolina State University

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Benjamin C. Locke v. North Carolina State University, Fourth Circuit Case No. 24-1384, raises similar factual and legal issues under Title IX. On May 1, 2024, this Court entered an order placing the Locke appeal in abeyance pending a decision by this Court in the above-captioned appeal. [DE 7.]

Signature: /s/ Alex J. Hagan     Counsel for: North Carolina State University

Date: June 3, 2024

**File using event:** RESPONSE/ANSWER (to Similar Case notice)