## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2024

_____

COPY FOLLOW-UP NOTICE

_____

No.   23-2073,       John Doe 2 v. North Carolina State University
                    5:23-cv-00216-FL

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 06/13/2024**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Response Brief | 4 | North Carolina State University |

/s/ NWAMAKA ANOWI, CLERK