# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-2073      Date of Oral Argument: September 10, 2024

Caption: John Doe 2 v. North Carolina State University

Attorney Arguing: Dixie T. Wells

Arguing on Behalf of (party name): North Carolina State University

Select party type:
☐ Appellant   ☑ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Dixie T. Wells
Phone Number (day of argument): 336.972.5229

Principal Argument Time: 20     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time
                                                                                                                                  ☐ Court-Appointed Amicus

Signature: /s/ Dixie T. Wells         Date: 06/17/24

Print to PDF for Filing     Reset Form