**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI  
CLERK

TELEPHONE  
(804) 916-2700

September 5, 2024

To:        Counsel

From:      Nwamaka Anowi

Re:        Oral arguments at North Carolina Central University School of Law, September 10, 2024

A panel of judges from the U.S. Court of Appeals for the Fourth Circuit has agreed to hold court at North Carolina Central University School of Law in Durham, NC. This memo provides pertinent information regarding the oral arguments.

The arguments will begin at 9:30 a.m. Please check in with the courtroom deputy between 8:45 a.m. – 9:00 a.m. Check in will be held outside of the Moot Courtroom.

## **Location**

The arguments will be held in the **Moot Courtroom** :

> North Carolina Central University School of Law
> Albert L. Turner Law Building
> 640 Nelson Street
> Durham, NC 27707
> Phone: 919-530-6333

## **Directions/Parking**

Counsel must park in the parking deck located at 705 E. Lawson St. Durham, NC 27707 and take the campus shuttle to the law school.