FILED: February 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

No. 23-2073
(5:23-cv-00216-FL)

—————————————

JOHN DOE 2

      Plaintiff - Appellant

v.

NORTH CAROLINA STATE UNIVERSITY

      Defendant - Appellee

—————————————

O R D E R

—————————————

Upon consideration of the submissions relative to appellant's bill of costs motion, the court denies the motion.

Entered at the direction of Chief Judge Diaz with the concurrence of Judge Wynn and Judge Thacker.

For the Court

/s/ Nwamaka Anowi, Clerk