# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **ROBIN R. TIDWELL**<br>CIRCUIT MEDIATOR<br>LEXINGTON, SOUTH CAROLINA | **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>N. MYRTLE BEACH, SOUTH CAROLINA<br>(843) 491-3621<br>Edward_Smith@ca4.uscourts.gov | **JEROME (JERRY) WOODS, II**<br>CIRCUIT MEDIATOR<br>ELKRIDGE, MARYLAND |
|---|---|---|

March 5, 2024

Re: 23-2073, John Doe 2 v. North Carolina State University

Dear Counsel:

    In an ongoing effort to enhance the quality of services we provide to the bench, bar, and litigants, we ask that you please take a few minutes to complete the online **Survey** and click the SUBMIT button on the form.

    We especially welcome any suggestions you may have regarding improvement of the program. Your survey response will go directly to the program administrator who is charged with the responsibility of compiling the results of the surveys for internal use.

    Your responses will not reach the mediator in a form that compromises your anonymity unless you request a conference with the chief mediator or the mediator.

    With many thanks in advance, I am

                                                     Sincerely yours,

                                                     Lucille Payne
                                                     Program Administrator

Copies:  Alexandra Z. Brodsky
              James Patrick Davy
              Jeremy Michael Falcone
              Alex John Hagan
              Kerstin Walker Sutton
              Dixie Thomas Wells